## John S. Carper, Appellant, v. A. M. Myers et al., Appellees.

### (Not to be reported in full.)

Appeal from the Circuit Court of Clark county; the Hon. WALTER BREWER, Judge, presiding. Heard in this court at the April term, 1916. Affirmed. Opinion filed October 13, 1916. Rehearing denied December 2, 1916.

### Statement of the Case.

Action by John S. Carper, plaintiff, against A. M. Myers and others, defendants, to recover penalties for failure to drill oil wells in accordance with the terms of a lease, and for timber furnished by the plaintiff to the defendants. From a judgment for plaintiff for $12.50, he appeals.

EVERETT CONNELLY, for appellant.

ARTHUR POORMAN and SCHOLFIELD & SCHOLFIELD, for appellees.

MR. JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1213*—*what errors successful party cannot complain of.* A party in whose favor a judgment is rendered

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

cannot be heard to complain of errors in the court that do not relate to or tend in any way to affect the amount of the verdict, but which relate solely to the right to recover.

2. APPEAL AND ERROR, § 365*—*when judgment will not be reversed.* A judgment will not be reversed on appeal for reasons which the trial court had no opportunity to consider.

3. APPEAL AND ERROR, § 1035*—*when rulings of trial court not considered.* Rulings of the trial court not assigned as errors on the record on appeal will not be considered by the Appellate Court.